UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:20-cv-22785-UU

VICTOR ARIZA,

    Plaintiff,

v.

YARDHOUSE USA, INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiff's Notice of Settlement. D.E. 19 (the "Notice"). The Court having reviewed the pertinent portions of the record and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings and deadlines are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th__ day of September, 2020.

                                                _____
                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

copies provided: counsel of record