UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  20-cv-22785-UU

**VICTOR ARIZA**,

    Plaintiff,

V**s.**

**YARDHOUSE USA, INC,**
**a foreign for-profit corporation,**

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff VICTOR ARIZA ("Plaintiff"), and Defendant YARDOUSE USA, INC. ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action with prejudice. The Parties shall bear their own attorneys' fees, costs, and expenses. All Parties consent to the form and content of this Stipulation.

    Dated:  October 23, 2020.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL  33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: duranandassociates@gmail.com |
| By____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By ____*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**RUMBERGER KIRK & CALDWELL, P.A.**
Attorneys for Defendant
101 North Monroe Street, Suite 120
Tallahassee, FL  32301
(850) 222-6550
nsmith@rumberger.com

By   *s/Nicole Sieb Smith*
       NICOLE SIEB SMITH
       Fla. Bar No.0017056